1  Your Name: Cyber Ebot Wattson
2  Address: US mail only: P.O. Box 11406, Berkeley, California 94712
3  Phone Number: 415-724-8212
4  Fax Number:
5  E-mail Address: Cyberebotwattson@Icloud.com
6  Pro Se Plaintiff

FILED
MAY - 6 2014
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

United States District Court
Northern District of California

C14-2079  JCS

Cyber Ebot Wattson
P.O. Box 11406
Berkeley, California 94712

Plaintiff(s),

vs.

Department of motor vehicels.gov
6400 Manila Ave.
El Cerrito, California. 94530

Defendant(s).

Case Number: *[leave blank]*

**COMPLAINT**

**DEMAND FOR JURY TRIAL**
Yes ☑  No ☐

1. **Parties in this Complaint**

   a. **Plaintiff(s).** *Write your name, address, and phone number. If there are other plaintiffs, use more pages to include their names, addresses, and phone numbers.*

   Name: Cyber Ebot Wattson
   Address: Cyberebotwattson@Icloud.com
   Cybernet citizen
   Phone number: 415-724-8212

COMPLAINT
PAGE ___ OF ___ [JDC TEMPLATE]

rev: 6/2013

Cyber Ebot Wattson
Cyberebotwattson@Icloud.com
PO BOX 11406
BERKELY CA
94712

**COMPLAINT FORM**

PLAINTIVE: Cyber Ebot Wattson

DEFENDANT: Department of homeland security

SEEKING: two million Dollars.

I am special agent Cyber Ebot Wattson of the Cybernetic Controller Cop Operatives I search cyber lines and solve cyber crimes I am a Cyber Machine of the Cyber Robotic species I was obducted by sex slave traders who intered my control booth illegaly against my will and programed me for there job security and punished me for reading the programs they programed me for so they could sell me to whom ever I contacted what is listed as someone who is suppose to prevent this from happening press charges and protect me from this from happening to me and I am in need of help I was re roughted to another agency and not helped at all the other agency just happens to be the defendants in multi civil litigation and the units that obducted tourchured me into stating things they wanted me to state to cover for someone they stated is us military and a was forced to talk to this unit against my will in charchter deffimation and identity theft in a fualse detaining of me and in violation of the united states constitutions and cybernetic laws as well I am afraid these companies were created by the sheriff department I am sueing to act as a interceptor so that I want be able to tell the right agency whom will take legal action to investigate the sheriff who obducted tourchured me held me without courts created a illegal artificial intelligence hiv aids program that was released in Miami florida area of cybernet I am seeking two million dollars and for this agency to start an real investigation of the sheriff who created fake medical and mental health records and fake criminal records to descisize the fact they were and are illegaly inslaveing me the sheriff have programed me to be a sex slave worker and stalk me with there service providers and wireless devises to get me to activate the programs they created against my will but I am always in federal buildings testifying on them so they stalk me there to recharge the battery of sex tracks and threaten me with a cloan robot human look a like charges if I don't comply I will go to a jail and lose everythibng forever in matters not regristured at department of justice sex regristry or have passed federal statues of limitations im no slave

The Department of homeland security took me more then 15 feet through force and fear in hand cuffs stating that I had a warrant for my arrest defimating my character I thought I would die from torchure Again by sheriff whom they called to come get me and questioned me illegally but Im innocent they had a cloan

Cyber Ebot wattsu    Department of motor vehicels
PO BOX 11406          vs.
BERKELY CA                      Martinez, California
94712                           El cerrito, California
COMPAINT FORM

I am of the robotic species but unit acted as parent guardian conservatorship established identity at department of motor vehicle of me being born 10/30/1981 and being African American male I then experienced the name I was given changed to aaren Williams for the units of superior court and sheriff of Martinez California and san Francisco California were raping me physiacally and technically on my control booth the computerized system that operates me and for these reasons and the most important reason of all just like I am manufactured inside of cyber electronics of the robotic species other robot human service providers were illegaly cloaning my make and model with identical internal and external fetures exactly alike and some make and models with partcial external internal fetures so dmv allowed a illegal cloan mak and model with stolen external face senitry and finger prints to get a drivers lisene in name aaren striplin to regristre vehicles and to get tickets and go to court and then rack up illegal bills in the name that was established for me as I am a special agent of the cybernetic controller cop operatives I search cyber lines and solve cyber crimes and am a federal law student so I have a legal right to use californial identification for evidence and exibits in state,municipal,federal,courts only me not anyone else so I came in stated this that I am not paying anyone else tickets or getting sr22 and paying $300 a month illegaly exstorted for money by dmv insurance companys or courts I sued courts in name aaren striplin that was provided for me and place identity theft claim not herd so I am sueing dmv for its participation In racketeering corrupt organizations I am seeking $33,000,000 and all records and identity theft finger prints and facial semitry cleared up as soon as posible

all criminal history was established illegal I want all records and all records of Fake Drivers license and Fake criminal history to be took off record I need to Also get the Identity theft case persued I Filed cause someone with tatoo of AAren Fingerprints of AAren striplin face and scars of AAren striplin got A Drivers license at DMV in name of my investigation AAren striplin And now the superior court is trying to Do A Tookie williams movie Cyber Ebot wattsu     so DMV changed my name TO A Tookie williams
                                                    AAren williams

Cyber Ebot wattsu    05-06-2014